NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
VICTORIA A. DEGTYAREVA (Cal. Bar No. 284199)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2428
     Facsimile: (213) 894-0142
     E-mail:    victoria.degtyareva@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-275-ODW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| TENNY GUON LIM, et al., | |
| Defendants. | **[PROPOSED] TRIAL DATE: February 9, 2021** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act (the "Stipulation"), filed by the parties in this matter on April 16, 2020.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court further finds that given the grave public-health concerns discussed in General Orders 20-02 and 20-03, and in the Order of the Chief Judge No. 20-042, and given the facts set forth in the Stipulation, the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial. Failure to grant the continuance would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice. Failure to continue this case is also likely to put counsel, parties, witnesses, jurors, and Court personnel at unnecessary risk.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter for defendants JUMSHER SINGH SAROYA, MICHAEL ALAN SHEPHERD, TYE MCNABB, DAVID BRUNO JONER, AMY KIM HARTLMUELLER-TORRES, JEFF ALLYN WALKER, and DENNY VUONG is continued from May 19, 2020 to February 9, 2021.

2. The time period of May 19, 2020 to February 9, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

3. Defendants shall appear in Courtroom 5D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 9, 2021 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____        _____
 DATE                                  HONORABLE OTIS D. WRIGHT, II
                                       UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
VICTORIA A. DEGTYAREVA
Assistant United States Attorney

3